UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BURT FRANKLIN SALEEM,<br><br>               Petitioner,<br>   v.<br><br>WASHINGTON STATE,<br><br>               Respondent. | Case No. C19-5802-RJB-TLF<br><br>REPORT AND RECOMMENDATION<br><br>Noted for <u>October 25, 2019</u> |

      The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge Theresa L. Fricke. Petitioner, proceeding *pro se*, filed a proposed petition on August 28, 2019. Dkt. 1. On August 29, 2019, the Clerk of Court sent petitioner a letter notifying him that he had failed to meet the filing fee requirement. Dkt. 2. The Clerk of Court instructed petitioner to submit the $5.00 filing fee or an application to proceed *in forma pauperis* (IFP). *Id*. The Clerk of Court warned petitioner that if he did not respond to the letter by September 30, 2019, the action may be subject to dismissal. *Id*.

      Petitioner has not responded to the Clerk of Court's letter, has not paid the filing fee, and has not filed an application to proceed IFP. As petitioner has failed to prosecute this case, the Court recommends this case be dismissed without prejudice.

      Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

REPORT AND RECOMMENDATION - 1

objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **October 25, 2019**, as noted in the caption.

Dated this 4th day of October, 2019.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2