UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BURT FRANKLIN SALEEM,

    Petitioner,

v.

WASHINGTON STATE,

    Respondent.

Case No. C19-5802-RJB-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation, the Petition for Writ of federal *habeas corpus* relief and the remaining record, hereby finds and ORDERS:

(1) the Magistrate Judge's Report and Recommendation (Dkt. 3) is approved and adopted;

(2) petitioner's federal habeas corpus petition is DISMISSED without prejudice; and

(3) the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 30th day of October, 2019.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge